# MY PILLOW INC

| Funded Date | 09/19/2024 |
|---|---|
| Funded Amount | $600,000.00 |
| Factor Rate | 1.4 |

| Starting Balance | Collected | Returns | Ending Balance |
|---|---|---|---|
| $840,000.00 | $268,800.00 | $67,200.00 | $570,901.00 |

| Date | Amount | Description | Balance |
|---|---|---|---|
| 09/20/2024 | $16,800.00 | Cleared Debit | $823,200.00 |
| 09/23/2024 | $16,800.00 | Cleared Debit | $806,400.00 |
| 09/24/2024 | $16,800.00 | Cleared Debit | $789,600.00 |
| 09/25/2024 | $16,800.00 | Cleared Debit | $772,800.00 |
| 09/26/2024 | $16,800.00 | Cleared Debit | $756,000.00 |
| 09/27/2024 | $16,800.00 | Cleared Debit | $739,200.00 |
| 09/30/2024 | $16,800.00 | Cleared Debit | $722,400.00 |
| 10/01/2024 | $16,800.00 | Cleared Debit | $705,600.00 |
| 10/02/2024 | $16,800.00 | Cleared Debit | $688,800.00 |
| 10/02/2024 | $299.00 | Cleared Debit | $688,501.00 |
| 10/03/2024 | $16,800.00 | Cleared Debit | $671,701.00 |
| 10/04/2024 | $16,800.00 | Cleared Debit | $654,901.00 |
| 10/07/2024 | $16,800.00 | Cleared Debit | $638,101.00 |
| 10/08/2024 | $16,800.00 | Cleared Debit | $621,301.00 |
| 10/09/2024 | $16,800.00 | Cleared Debit | $604,501.00 |
| 10/10/2024 | $16,800.00 | Cleared Debit | $587,701.00 |
| 10/11/2024 | $16,800.00 | Cleared Debit | $570,901.00 |
| 10/15/2024 | $16,800.00 | Cleared Return | $570,901.00 |
| 10/15/2024 | $16,800.00 | Cleared Return | $570,901.00 |
| 10/16/2024 | $16,800.00 | Cleared Return | $570,901.00 |
| 10/17/2024 | $16,800.00 | Cleared Return | $570,901.00 |

EXHIBIT B