An official website of New York State.
Here's how you know ∨



# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]   [ Return to Search ]

**Entity Details** ⌃

**ENTITY NAME:** LIFETIME FUNDING LLC
**DOS ID:** 5445953
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 11/19/2018
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 11/19/2018
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** QUEENS
**NEXT STATEMENT DUE DATE:** 11/30/2020
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY**   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE LLC

**Address:** 63-25 SAUNDERS STREET, APT. 3E, REGO PARK, NY, UNITED STATES, 11374

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

**EXHIBIT 1**

### Registered Agent Name and Address

**Name:**

**Address:**

### Entity Primary Location Name and Address

**Name:**

**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

### Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Agencies  App Directory  Counties  Events  Programs  Services