

# Lifetime Funding LLC   ACTIVE

500 W Putnam Ave, Suite 400, Greenwich, CT, 06830-6086, United States

## Business Details

### General Information

**Business Name**
Lifetime Funding LLC

**Business ALEI**
2314959

**Business status**
ACTIVE

**Date formed**
7/29/2021

**Citizenship/place of formation**
Foreign/NEW YORK

**Business type**
LLC

**Business address**
500 W Putnam Ave, Suite 400, Greenwich, CT, 06830-6086, United States

**Mailing address**
500 W Putnam Ave, Suite 400, Greenwich, CT, 06830-6086, United States

**Office in jurisdiction**
585 Stewart Ave, Suite L90, Garden City, NY, 11530, United States

**Mailing address state of formation**
585 Stewart Ave, Suite L90, Garden City, NY, 11530, United States

**Requires Annual Filing?**
Yes

**Last report filed**
2024

**Annual report due**
3/31/2025

**NAICS sub code**

EXHIBIT
2

Public substatus
Current

NAICS code
Corporate, Subsidiary, and
Regional Managing Offices
(551114)

## Principal Details

Principal Name
Michael Kandhorov

Principal Title
Member

Principal Business address
6325 Saunders Street, Apt 3E, Rego Park, NY, 11374, United States

Principal Residence address
6325 Saunders Street, Apt 3E, Rego Park, NY, 11374, United States

## Agent details

Agent name
Secretary of State

Agent Business address
165 Capitol Ave., P.O. BOX 150470, Hartford, CT, 06115-0470, United States

## Filing History

 **Business Registration - Foreign Registration Statement**
**0010093313**

Filing date: 7/29/2021

Filing time: 12:13 PM

Volume Type

Volume

Start page

Pages

Date generated
7/29/2021

Digital copy
View as PDF



**Annual Report(2022)**
**0010383644**

Filing date: 4/14/2022

Filing time: 09:37 AM

Volume Type

Volume

Start page

Pages

Date generated
4/14/2022

Digital copy
View as PDF



**Change of Business Address - Business Address Change**
**0011055136**

Filing date: 11/7/2022

Filing time: 01:05 PM

Volume Type

Volume

Start page

Pages

Date generated
11/7/2022

Digital copy
View as PDF


### Annual Report(2023)
**0011123620**

| Filing date: | Filing time: 10:10 AM |
| --- | --- |
| 1/25/2023 | |

Volume Type

Volume

Start page

Pages

Date generated
1/25/2023

Digital copy
View as PDF


### Annual Report(2024)
**0012136511**

| Filing date: | Filing time: 06:40 AM |
| --- | --- |
| 1/23/2024 | |

Volume Type

Volume

Start page

Pages

Date generated
1/23/2024

Digital copy
View as PDF

## Name History

None

## Shares

None