DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

**Florida Limited Liability Company**
FUNDERZGROUP LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L22000030669 |
| **FEI/EIN Number** | 88-0560446 |
| **Date Filed** | 01/27/2022 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 11/07/2023 |

**Principal Address**

20200 W DIXIE HWY SUITE 1205
AVENTURA, FL 33180

**Mailing Address**

20200 W DIXIE HWY SUITE 1205
AVENTURA, FL 33180

**Registered Agent Name & Address**

MICHAEL, KANDKHOROV
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

Name Changed: 11/07/2023

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

KANDKHOROV, MICHAEL
20200 W DIXIE HWY SUITE 1205
AVENTURA, FL 33180

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 11/07/2023 |
| 2024 | 03/07/2024 |

EXHIBIT 3

**Document Images**

| | |
|---|---|
| 03/07/2024 -- ANNUAL REPORT | View image in PDF format |
| 11/07/2023 -- REINSTATEMENT | View image in PDF format |
| 01/27/2022 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations