

# FUNDERZGROUP LLC   ACTIVE

750 E Main Street, 6th Floor, STAMFORD, CT, 06902, United States

## Business Details

### General Information

**Business Name**
FUNDERZGROUP LLC

**Business ALEI**
3016599

**Business status**
ACTIVE

**Date formed**
6/3/2024

**Citizenship/place of formation**
Foreign/FLORIDA

**Business type**
LLC

**Business address**
750 E Main Street, 6th Floor, STAMFORD, CT, 06902, United States

**Mailing address**
3512 19th Ave, SUITE 3, Astoria, NY, 11105-1001, United States

**Office in jurisdiction**
20200 W Dixie Hwy, 1205, Miami, FL, 33180-1918, United States

**Mailing address state of formation**
20200 W Dixie Hwy, 1205, Miami, FL, 33180-1918, United States

**Requires Annual Filing?**
Yes

**Last report filed**

**NAICS sub code**

**Annual report due**
3/31/2025

**Public substatus**

**EXHIBIT 4**

Current

NAICS code
Administrative Management and General Management Consulting Services (541611)

## Principal Details

Principal Name
MICHAEL KANDKHOROV

Principal Title
MANAGER

Principal Business address
20200 W Dixie Hwy, 1205, Miami, FL, 33180-1918, United States

Principal Residence address
20200 W Dixie Hwy, 1205, Miami, FL, 33180-1918, United States

## Agent details

Agent name
Secretary of State

Agent Business address
165 Capitol Ave., P.O. BOX 150470, Hartford, CT, 06115-0470, United States

## Filing History

 **Business Registration - Foreign Registration Statement**
**0012654320**

Filing date: 6/3/2024

Filing time: 01:37 PM

Volume Type

Volume

Start page

Pages

Date generated
6/3/2024

Digital copy
View as PDF

## Name History

None

## Shares

None