## Business Record Details »

Minnesota Business Name
**My Pillow, Inc.**

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
3400314-2

**Home Jurisdiction**
Minnesota

**Filing Date**
07/01/2009

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2025

**Registered Office Address**
1550 Audubon Road
Chaska, MN 55318
USA

**Number of Shares**
10,000,000

**Registered Agent(s)**
None Provided

**Chief Executive Officer**
MyPillow Corporate Offices
1550 Audubon Rd
Chaska, MN 55318–5531
United States

**Principal Executive Office Address**
1550 Audubon Rd
Chaska, MN 55318–5531
United States

**Filing History**

# Filing History

Select the item(s) you would like to order:   Order Selected Copies

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 07/01/2009 | Original Filing - Business Corporation (Domestic) (Business Name: My Pillow, Inc.) | |
| ☐ | 6/27/2012 | Amendment - Business Corporation (Domestic) Restated Articles | |

**EXHIBIT 6**

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 8/27/2012 | Articles of Correction - Business Corporation (Domestic) | |
| ☐ | 9/14/2015 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 3/15/2019 | Administrative Dissolution - Business Corporation (Domestic) | |
| ☐ | 4/1/2019 | Annual Reinstatement - Business Corporation (Domestic) | |
| ☐ | 8/22/2022 | Registered Office and/or Agent - Business Corporation (Domestic) | |

© 2025 Office of the Minnesota Secretary of State - **Terms & Conditions**

The Office of the Secretary of State is an equal opportunity employer

✉ **Subscribe for email updates!**
**Vulnerability Disclosure**