UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| My Pillow, Inc.; Michael J. Lindell; Mike Lindell Products LLC; Lindell Media LLC; Lindell Technologies, LLC; Lindell Properties, LLC; Lindell Publishing, LLC; Lindell Services, LLC; Lindell Management, LLC; Prior Lake 40 Acres, LLC; and Lindell-TV LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>Lifetime Funding, LLC; FunderZgroup, LLC; Michael Kandkhorov; Michael Kand; Abe Kand; Tiffany Johnson; Sam Hernandez; Alan Hernandez; CapShot Financial; and John and Jane Does,<br><br>      Defendants. | Civ. No.: 24-CV-04535 (JMB/TNL)<br><br>**MEET AND CONFER STATEMENT** |

I, Richard R. Voelbel, representing Defendants Lifetime Funding, LLC, FunderZgroup, LLC, Michael Kandkhorov, Michael Kandhorov (a/k/a Michael Kand), and Abraham Kandhorov (a/k/a Abe Kand), certify that, pursuant to Local Rule 7.1(a), counsel for the parties met and conferred regarding Defendants' Motion to Dismiss on December 19, 2024. The parties were unable to agree to resolution of any part of the motion.

4375391.v1

Dated: January 23, 2025

**FELHABER LARSON**

By: */s/ Richard R. Voelbel*
  Richard R. Voelbel, #0387091
  220 South Sixth Street, Suite 2200
  Minneapolis, Minnesota 55402
  (612) 339-6321
  rvoelbel@felhaber.com

*Attorneys for Defendants Lifetime Funding, LLC, FunderZgroup, LLC, Michael Kandkhorov, Michael Kandhorov (a/k/a Michael Kand), and Abraham Kandhorov (a/k/a Abe Kand)*