UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| My Pillow, Inc.; Michael J. Lindell; Mike Lindell Products LLC; Lindell Media LLC; Lindell Technologies, LLC; Lindell Properties, LLC; Lindell Publishing, LLC; Lindell Services, LLC; Lindell Management, LLC; Prior Lake 40 Acres, LLC; and Lindell-TV LLC, | Civ. No.: 24-CV-04535 (JMB/TNL) |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Lifetime Funding, LLC; FunderZgroup, LLC; Michael Kandhorov; Michael Kand; Abe Kand; Tiffany Johnson; Sam Hernandez; Alan Hernandez; CapShot Financial; and John and Jane Does, | |
| Defendants. | |

---

**WHEREAS**, Plaintiffs My Pillow, Inc.; Michael J. Lindell; Mike Lindell Products LLC; Lindell Media LLC; Lindell Technologies, LLC; Lindell Properties, LLC; Lindell Publishing, LLC; Lindell Services, LLC; Lindell Management, LLC; Prior Lake 40 Acres, LLC; and Lindell-TV LLC ("Plaintiffs") and Defendants Lifetime Funding, LLC; FunderZgroup, LLC; Michael Kandkhorov; Michael Kandhorov (a/k/a Michael Kand) and Abraham Kandhorov (a/k/a Abe Kand) ("Defendants") have reached an amicable resolution of all claims asserted in this matter;

**NOW THEREFORE**, the Parties respectfully request that the Court enter the attached proposed order and dismiss all of Plaintiffs' claims against Defendants with prejudice, and without an award of costs, disbursements or attorneys' fees to any party.

Dated: July 2, 2025					**BERENS & MILLER, PA**

By: */s/Barbara Podlucky Berens*
    Barbara Podlucky Berens, #209788
    Kari Berman, #256705
    3720 IDS Center
    80 South Eighth Street
    Minneapolis, MN 554025
    (612) 688-6516
    bberens@berensmiller.com
    kberman@berensmiller.com

**ATTORNEYS FOR PLAINTIFFS MY PILLOW, INC., MICHAEL J. LINDELL, MIKE LINDELL PRODUCTS LLC, LINDELL MEDIA LLC, LINDELL TECHNOLOGIES, LLC, LINDELL PROPERTIES, LLC, LINDELL PUBLISHING, LLC, LINDELL SERVICES, LLC, LINDELL MANAGEMENT, LLC, PRIOR LAKE 40 ACRES, LLC, AND LINDELL-TV LLC**

Dated: July 2, 2025					**FELHABER LARSON**

By: */s/ Richard R. Voelbel*
    Richard R. Voelbel, #0387091
    220 South Sixth Street, Suite 2200
    Minneapolis, Minnesota 55402
    (612) 339-6321
    rvoelbel@felhaber.com

**ATTORNEYS FOR DEFENDANTS LIFETIME FUNDING, LLC, FUNDERZGROUP, LLC, MICHAEL KANDKHOROV, MICHAEL KANDHOROV (A/K/A MICHAEL KAND) AND ABRAHAM KANDHOROV (A/K/A ABE KAND)**