# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| My Pillow, Inc., Michael J. Lindell, Mike Lindell Products LLC, Lindell Media LLC, Lindell Technologies, LLC, Lindell Properties, LLC, Lindell Publishing, LLC, Lindell Services, LLC, Lindell Management, LLC, Prior Lake 40 Acres, LLC, Lindell-TV LLC, <br><br>Plaintiff(s), <br><br>v. <br><br>Lifetime Funding, LLC, FunderZgroup, LLC, Michael Kandkhorov, Michael Kand, Abe Kand, Tiffany Johnson, Sam Hernandez, Alan Hernandez, CapShot Financial, John and Jane Does, <br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE** <br><br><br>Case Number: 24-cv-4535 JMB/DTS |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint (Doc. No. 1-1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Date: 7/8/2025                                                                                                  KATE M. FOGARTY, CLERK